IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

**KEEGAN MIDDLETON**                                                                         **PLAINTIFF**

vs.                                        Civil Action No. 3:10-CV-373 HTW-FKB

**JESSIE L. LEGGETT, ET AL.**                                          **DEFENDANTS**

### ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes on pursuant to the Report and Recommendation of United States Magistrate Judge Keith Ball and the written objection to the proposed findings and recommendation. Having given full consideration to the aforesaid objection, this court finds the same not well taken. Therefore, the Report and Recommendation of the United States Magistrate Judge is hereby adopted as the order of this court [docket no. 47]. Accordingly, this court grants defendant Jessie L. Leggett's motion for summary judgment [docket no. 30] and motion to strike [docket no. 38]. This court denies the plaintiff's motion challenging the report and recommendations [docket no. 48].

All claims against defendant Jessie L. Legget are hereby dismissed.

Plaintiff's claims against defendant Lincoln County, Mississippi, Sheriff's Department were not addressed in the above-mentioned motion for summary judgment. These claims are still pending before this court. The court will schedule a status conference with the parties to address these remaining claims.

**SO ORDERED, this the 29 day of September, 2012.**

                                                                               /s/ Henry T. Wingate
                                                           **UNITED STATES DISTRICT JUDGE**